TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00150-CR

The State of Texas, Appellant

v.

James Aubrey Hanes, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TOM GREEN COUNTY

NO. 99-02328L2, HONORABLE PENNY ANNE ROBERTS, JUDGE PRESIDING

PER CURIAM

The State's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, Yeakel and Patterson

Dismissed on State's Motion

Filed: June 15, 2000

Do Not Publish